No. 23-1157
(and consolidated cases)

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

STATE OF UTAH, et al.,
*Petitioners*,

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,
*Respondents*.

Petition for Review of Action of the U.S. Environmental Protection Agency

**RESPONDENTS' SUPPLEMENTAL BRIEF**

For the reasons set forth in EPA's Motion for Remand, ECF 2104881, EPA intends to reconsider the "Federal 'Good Neighbor Plan' for the 2015 Ozone National Ambient Air Quality Standards," 88 Fed. Reg. 36654 (June 5, 2023) ("Good Neighbor Plan"), and respectfully requests that this Court remand the Good Neighbor Plan without vacatur. EPA otherwise takes no position in this Supplemental Brief.

|  | Respectfully submitted, |
|---|---|
|  | /s/ *Alexandra L. St. Romain* |
|  | ADAM R.F. GUSTAFSON |
| Of Counsel: | *Acting Assistant Attorney General* |
|  | ZOE P. PALENIK |
| DANIEL SCHRAMM | ALEXANDRA L. ST. ROMAIN |
| KYLE DURCH | *Attorneys* |
| *Attorneys* | Environment and Natural Resources Division |
| U.S. Environmental Protection Agency | U.S. Department of Justice |

March 10, 2025

# CERTIFICATE OF COMPLIANCE

1.      This document complies with the volume limit of the Court's order of January 13, 2025, because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f) this document contains 62 words.

2.      This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point Times New Roman font.

/s/ *Alexandra L. St. Romain*
ALEXANDRA L. ST. ROMAIN

Counsel for Respondents

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of March, 2025, I filed a copy of the foregoing Supplemental Brief with the Clerk of Court using the CM/ECF system, which will cause a copy to be served electronically on all counsel of record registered to use the CM/ECF system.

/s/*Alexandra L. St. Romain*
ALEXANDRA L. ST. ROMAIN